CITY OF WINSTON-SALEM v. SUTCLIFFE

   No. 45 PC.

   Case below: 20 N.C. App. 748.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.

GOFF v. REALTY AND INSURANCE CO.

   No. 52 PC.

   Case below: 21 N.C. App. 25.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.

HIGH v. HIGH

   No. 58 PC.

   Case below: 21 N.C. App. 100.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.

LEASING, INC. v. BROWN

   No. 45 PC.

   Cases below: 14 N.C. App. 383.

                19 N.C. App. 295.

   Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 May 1974.

POOLE & KENT CORP. v. THURSTON & SONS

   No. 63 PC.

   Case below: 21 N.C. App. 1

   Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 May 1974.